UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ANTHONY K. ANDERSON, | Case No. 2:17-cv-01789-MMD-NJK |
|---|---|
| Petitioner, | ORDER |
| v. | |
| NEVADA ATTORNEY GENERAL, *et al.*, | |
| Respondents. | |

The Court dismissed this habeas corpus action as successive on July 13, 2017, and judgment was entered on that same date. (ECF Nos. 3, 4.) *Pro se* Petitioner Anthony Anderson did not appeal.

On July 12, 2022, Anderson filed a motion requesting "docketing sheets." (ECF No. 5.) The Court will grant that motion and will direct the Clerk of Court to send Anderson the material he appears to request.

It is therefore ordered that Petitioner Anthony Anderson's motion requesting docketing sheets (ECF No. 5) is granted. The Clerk of Court is directed to send Anderson a copy of the docket report for this case and copies of the items filed at ECF Nos. 3 & 4.

DATED THIS 13th Day of July 2022.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE